KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and "HENRY" KLING, the First Name "Henry" Being Fictitious, etc., Appellants. KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and "CHARLES" GOLDSTEIN, the Name "Charles" Being Fictitious, etc., Appellants. KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and GEORGE SHAPIRO, Appellants. KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and "MAX" GREENBERG, the Name "Max" Being Fictitious, etc., Appellants. KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and "GEORGE" HASEN, the Name "George" Being Fictitious, etc., Appellants. KELVINATOR SALES CORPORATION, Respondent, v. BYRO REALTY CORPORATION and "LOUIS" PLATTNER, the Name "Louis" Being Fictitious, etc., Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

DAVEY TREE EXPERT COMPANY, Respondent, v. THOMAS HUGH ANDERSON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

MAY ENNY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

SEIDENBERG, KEROES & DRATFIELD, INC., Respondent, v. PHILIP SIEGEL and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

SANKA COFFEE CORPORATION, Appellant, v. RAMCADIS REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [136 Misc. 919.]

SANKA COFFEE CORPORATION, Appellant, v. RAMCADIS REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ. [136 Misc. 919.]

LEOPOLD BLUMBERG, Respondent, v. MAX TRUNZ, as Executor, etc., of ADOLF GOBEL, Deceased, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN LYNCH, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JACOB FREED, Respondent, v. MAX LEFF and Another, Appellants.*— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents.

LOUIS BERKOWITZ, Doing Business as L. B. COMPANY, Appellant, v. HARRY D. HERRON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs, upon the ground that the contract was plain and unambiguous upon its face, and

---

*Affd., 257 N. Y. 526,